IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LORI MAYBERRY**                                                              **PLAINTIFF**

V.                                      4:19CV00346 JM

**LINCOLN NATIONAL LIFE INSURANCE**
**COMPANY and CAPELLA**
**HEALTHCARE INC.**                                              **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal Without Prejudice, this action is dismissed without prejudice as to all Defendants.

IT IS THEREFORE ORDERED that this action is dismissed. The Clerk is directed to close the case.

Dated this 7th day of October, 2019.

_____
James M. Moody Jr.
United States District Judge